UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

United States of America,                         Criminal No. 3:02CR67

        Plaintiff,

        v.

Angela Poole

        Defendant,

        and

Salary Reduction Plan and Trust

        Garnishee.

**AGREED GARNISHEE ORDER**

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on or about September 2, 2004 stating that at the time of the service of the writ he/she had in his possession, or under control personal property belonging to and due defendant, and that garnishee was indebted to defendant.

On August 19, 2004, defendant was notified of his/her right to a hearing and has not requested a hearing to determine exempt property.

By presentation of this Agreed Order, the parties announce to the Court that there is no opposition to the Writ of Continuing Garnishment filed with this Court. The parties further announce to the Court that the proceeds of all funds currently held by Salary

Reduction Plan and Trust shall be remitted to the Clerk of Court for partial payment of restitution ordered in this criminal action.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Salary Reduction Plan and Trust shall forward the proceeds of the total account value as of the date of receipt of this Agreed Garnishee Order to the U. S. District Court Clerk, P O Box 23552, Jackson, MS 39225-3552.

ORDERED this 30th day of June, 2006

s/HENRY T. WINGATE

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____
PSHON BARRETT
Assistant United States Attorney

_____
ANGELA POOLE
Defendant